**CERTIFICATION OF VITAL RECORD**

**CITY OF DALLAS, TEXAS**
**VITAL STATISTICS DIVISION**

**STATE OF TEXAS — CERTIFICATE OF BIRTH**

| Field | Value |
|---|---|
| 1. Child's Name (First / Middle / Last) | DAYLLI MICHELLE PEREZ BONILLA |
| 2. Date of Birth | 08/04/2009 |
| 3. Sex | FEMALE |
| 4a. Place of Birth - County | DALLAS |
| 4b. City or Town | DALLAS |
| 5. Time of Birth | 00:15 AM |
| 6a. Plurality | SINGLE |
| 7b. Name of Hospital | PARKLAND MEMORIAL HOSPITAL |
| 8a. Attendant's Name / Address | S BLOOM, 5201 HARRY HINES BLVD, DALLAS, TEXAS 75235 |
| 9a. Certifier | LASHON JEFFERY |
| Date Signed | 08/10/2009 |
| 10. Mother's Name Prior to First Marriage | ELSA LIDUBINA BONILLA |
| 11. Date of Birth | 09/28/1977 |
| 12. Birthplace | HONDURAS |
| 13a. Residence - State | TEXAS |
| 13b. County | DALLAS |
| 13c. City | DALLAS |
| 13d. Street Address | 3329 THIBET |
| 13e. Zip Code | 75211 |
| 15. Father's Name | MARCO LEONEL PEREZ |
| 16. Date of Birth | 05/05/1978 |
| 17. Birthplace | HONDURAS |
| 18a. Local File Number | 0221770 |
| 18b. Date Received by Local Registrar | 08/11/2009 |
| 18c. Signature of Local Registrar | Regee Clay |

238059

This is to certify that this is a true and correct reproduction of the original record as recorded in this office.

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY**



My name is Daylli Perez Bonilla, I am Marco Perez's daughter I miss my dad and I wish he was here so that we can go out shopping and to restuarants like we used to. For the past 2 years he's been gone. it felt weird because I'm use to him being around and taking me and my brother out. I hope that he's released soon so that he can see me do good In school and graduate in 2 years I really want him here so that he can teach me things I haven't learned yet I love him and I need him in my life.

CERTIFIED TRANSCRIPT OF BIRTH
# STATE OF NEW YORK
DEPARTMENT OF HEALTH

*L1043743*

FULL NAME OF CHILD: JORDIN ARIEL PEREZ-BONILLA

SEX: MALE

DATE OF BIRTH: JANUARY 21, 2003

TIME OF BIRTH: 08:47  [X] A.M.  [ ] P.M.

PLACE OF BIRTH: NASSAU UNIVERSITY MEDICAL CENTER
EAST MEADOW
NEW YORK

MAIDEN NAME OF MOTHER: ELSA BONILLA

NAME OF FATHER: MARCO LEONEL PEREZ

DATE FILED: FEBRUARY 7, 2003

LOCAL REGISTRATION NO.: 0232

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original local certificate of birth on file with the local registrar of THE TOWN OF HEMPSTEAD, New York.

Name of Locality

Signature of Local Registrar

Date: FEBRUARY 15, 2003

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.
Any Alteration Invalidates This Certificate
See Reverse Side For A List of Security Features Used In This Document

DOH-2874 (9/2002)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK - HOLD UP TO LIGHT TO VALIDATE

Marco L Perez Flores A# 201517-999

My name is Jordin Perez. I am Marco's Perez Son. I am writing this becuase I haven't seen my dad in a long time and I really miss him. I don't know whats going on with his case but not having a father figure around is sad and weird becuase my dad and I would always talk about soccer games cars and etc. I miss the times we would go out to play soccer or go out to eat with my little sister. My sister is also having a hard time because our dad could always be there no matter what circumstances and he would always take her out to eat and buy her things she needs. Without him it feels like living hell and he's been gone for too long. I hope ya'll can give him a chance because when a love one is gone things aren't the same anymore and I know some of ya'll knows how that feels. Not trying to be rude

To whom it may concern:  9/11/24

I Jose M. LaTorre-Nieves would like to give a personal refrence for Marco L. Perez. I have known him for approximatley 10 years. Marco and I have worked together and gotten to know each other well over the years. I own Tower Construction LLC and am willing to give him employment once he is released. Please feel free to reach out if any additional information is needed.

Sincerly,

Jose M LaTorre Nieves

Cellphone # 302-423-7857

Marco L Perez
# 201517999





To whom it may concern

My name is Michelle Brunskill and I am writing you this character letter to tell you about the kind of person that Marco Perez is. I met Marco about 7 years ago when he worked with my husband at an exteriors company. My husband would talk about his friend at work and how he was so good at his job and such a nice guy so I told him to invite him over. When I met Marco it was clear that my husband was right. Marco was very polite, respectful and kind. He was happy to meet myself and our family and proud to introduce his own son. A few years later not long after my husband decided to start his own company he came home so excited because Marco called him and wanted to come work with our company. He said, " he is the best at what he does and will be so great for our company". It was not long after that that our company saw what an asset Marco actually is. He absolutely helped us take our company to the next level with his extensive knowledge in the exteriors trade. Once Marco came to work for us I was able to get to know him a little better. I came to know Marco as a smart, kind and success driven man. We talked many times about his son and how he wants to show his son a good work ethic and be a good example for him. Marco would talk about how his goal was to work hard and provide a good and safe life for his family and make sure his son knew that if he worked hard he could make a good life for himself. I watched as others would reach out to Marco for advice and help and no matter how hard he worked or how long his day had been he was always available to lend a hand to anyone who needed it. In my experience I have found Marco to be a kind, honest hard working man with integrity and I believe that he is the kind of person that deserves the chance to stay in this country because he will only add good things to it. He is exactly the kind of person that we need, kind, hard working and honest . My husband and I have prayed for and with Marco many times and we hope we get the chance to see him achieve all the things he deserves and that you are able to see the great person that our family has come to love and respect for the wonderful human that he is.

Thanks
Michelle Brunskill

Cell phone #: 302-387-2005

To Whom It May Concern,

I am writing to provide a character reference for Marco Perez. As a small business owner who has worked alongside Marco for approximately 8 years, I can confidently attest to his admirable character traits and outstanding work ethic. I first met Marco when we both worked for the same exteriors company, I worked alongside him at this company for about two years and eventually decided to start my own company. Working with Marco was great because he is so smart and he is one of the best I've ever seen at what he does. Marco is amazing at metal fabrication and installation as well as a master project manager. He is a pretty much a math genius and a master exterior technician. About a year later he came to work for me and having him work for my company helped me get it off the ground and push it to the next level. During our time working together, I have observed Marco consistently display diligence, honesty, and integrity. He has proven himself to be a reliable and responsible team member, consistently meeting and exceeding all expectations. Not only is Marco an amazing carpenter but he is also a great human being. I have watched him work so hard to make a life for himself and his son while still reaching out to help anyone he thought needed a hand. He is not only an extremely skilled worker but also a kind hearted man. Our company has definitely not been the same without him. I have no doubt that if given the chance, Marco will continue to be an asset to the community and contribute positively to society.

Sincerely,

Jacob Brunskill

J Skills LLC

Cell phone # 302-272-8555



July 1, 2024

To Whom It May Concern:

My name is Aaron Samuel Krupp, and I am writing in support of Marco Perez Flores. I am a US Citizen and I live at 1849 Danby Road in Ithaca, New York. I work as an engineer on water systems, as an instructor at Tompkins Cortland Community College, and am the Regional Coordinator of an organization, Justice for Migrant Families, that offers support to immigrants. I came to know Marco as a valued community member through communication with him while he has been in Batavia.

I believe that people's character is demonstrated in times of adversity and challenging circumstances. Throughout his time in detention Mr. Perez Flores has demonstrated personal dignity and respect for himself and others. It would be a devastating loss if he were to be deported, for his immediate loved ones – including his US Citizen children and his young US citizen grandchild – and his extended community.

In every communication that I have had with Mr. Perez Flores, he has expressed kindness and understanding, despite the many difficulties he has faced in his life. Indeed, the first time I interacted with Mr. Perez Flores he was reaching out to request support: not for himself but for five other folks detained in the Buffalo Federal Detention Facility who did not have family or support systems in the US; folks in a position even more vulnerable than his.

It having spoken on the phone with Mr. Perez Flores and visited with him in person, it is clear to me that he is doing his utmost to be able to return to his family and community as a changed person. While being incarcerated, Mr. Perez Flores has been attempting to improve himself so that he can show up in all of his relationships with kindness and respect. Examples of this self-betterment include his completion of courses on domestic abuse, anger management, and drug and alcohol abuse.

In addition to these personal-life focused courses, Mr. Perez Flores has also been striving to become a better worker and workplace supervisor. Towards this end, he has also completed courses in construction safety, OSHA inspections, safe handling of off-road vehicles, electrical safety, emergency first aid, fire evacuation, and the recognition and prevention of child abuse for supervisors. It is clear that Mr. Perez Flores is deeply committed to becoming a person who others can count on to have everyone's safety in mind.

Marco Leonel Perez Flores
A#: 201-517-999



I believe that it would be in the best interest of the greater New York community if Mr. Perez Flores was to remain amongst us and together with his family. In my role working with immigrants, I bear close witness to the struggles that they face and all that they overcome, and I believe that this kind of persistence, hard work, positive attitude and ability to face challenges enrich all of us, and I ask that you give Mr. Perez Flores a chance.

I declare under penalty of perjury that the foregoing is true and correct,

Sincerely,

*Aaron Krupp*

Aaron Samuel Krupp, Regional Coordinator,
Justice for Migrant Families WNY

Marco Leonel Perez Flores
A#: 201-517-999

## Transcript for MARCO PEREZ-FLORES

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 Years Since the Civil War | E-Learning Course | Jun 25, 2024 | Jun 25, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.05 | 0.50 | Passed | 0 | - | Jun 21, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Jun 20, 2024 | Jun 29, 2024 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Jun 29, 2024 | Jun 29, 2024 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | - | - | 0.2 | 2.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Aug 8, 2024 | Aug 8, 2024 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.07 | 0.67 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Organizational Culture | E-Learning Course | Jun 22, 2024 | Jun 23, 2024 | 0.13 | 1.34 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Jan 29, 2024 | Jun 22, 2024 | 0.03 | 0.34 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.75 | Passed | 0 | - | Jun 21, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 19, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.15 | 1.50 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Jun 24, 2024 | Jun 25, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 25, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bible For The Clueless But Curious - Section 1 - Table of Contents, Introduction & Genesis / Roots | E-Learning Course | Jun 25, 2024 | Jun 25, 2024 | 0 | 0.00 | Passed | 83 | 70 | Jun 25, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.1 | 1.00 | Passed | 70 | 75 | Jun 24, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Accounting: Accounting for Inventory | E-Learning Course | Jun 21, 2024 | Jun 22, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Caidas en la Construccion (Spanish) Falls in Construction | E-Learning Course | Jun 20, 2024 | Jul 25, 2024 | 0.15 | 1.50 | Passed | 100 | - | Jun 20, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Team Members (Spanish) (Corrections) | E-Learning Course | Jun 25, 2024 | Jun 29, 2024 | 0.1 | 1.00 | Passed | 90 | - | Jun 29, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training | E-Learning Course | Jun 17, 2024 | Jun 17, 2024 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training | E-Learning Course | Jun 17, 2024 | Jul 23, 2024 | 0.05 | 0.50 | Passed | 93 | - | Jun 19, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Career Planning and Salary | E-Learning Course | Jun 29, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Jun 29, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Chainsaw Safety | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Jun 21, 2024 | Jun 22, 2024 | 0.15 | 1.50 | Passed | 100 | 80 | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Combating Sexual Harassment in the Workplace (Spanish) (Corrections) | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.08 | 0.75 | Passed | 0 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Compressed Gas Safety | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest (Corrections) | E-Learning Course | Jun 29, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 80 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Jun 29, 2024 | Jun 29, 2024 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | * | * | Passed | 80 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: CSIP Introduction | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Disciplinary Policy Employer Responsibility | E-Learning Course | Jun 28, 2024 | Jun 29, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 29, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | May 13, 2024 | Jun 16, 2024 | 0.05 | 0.50 | In Progress | 70 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | May 21, 2024 | Jul 18, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Worker Rights Anti-Retaliation | E-Learning Course | Jun 28, 2024 | Jun 29, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 29, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Jun 29, 2024 | Jun 30, 2024 | 0.15 | 1.50 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Disciplining Employees | E-Learning Course | Jun 22, 2024 | Jun 22, 2024 | 0.17 | 1.67 | Passed | 100 | - | Jun 22, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity | E-Learning Course | Jul 5, 2024 | Jul 6, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jul 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Customer Management | E-Learning Course | Jul 5, 2024 | Jul 6, 2024 | 0.1 | 1.00 | Complete | 0 | - | Jul 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse | E-Learning Course | Jun 20, 2024 | Jun 20, 2024 | 0.2 | 2.00 | Passed | 100 | - | Jun 20, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Driving Safety Off-Road Vehicles | E-Learning Course | Jun 22, 2024 | Jun 23, 2024 | 0.15 | 1.50 | Passed | 92 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| E-Mail Etiquette: Composing Online Correspondence | E-Learning Course | Jun 28, 2024 | Jun 29, 2024 | 0.15 | 1.50 | Passed | 80 | - | Jun 29, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety | E-Learning Course | Jun 23, 2024 | Jun 24, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | E-Learning Course | Jan 30, 2024 | Jun 16, 2024 | 0.1 | 1.00 | Passed | 88 | - | Jun 16, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | Jun 20, 2024 | Jun 20, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 20, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Email Basics | E-Learning Course | Jun 20, 2024 | Jun 20, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 20, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Emergency First Aid | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 83 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Employment | E-Learning Course | Jul 5, 2024 | Jul 6, 2024 | 0.15 | 1.50 | Passed | 83 | - | Jul 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Enfermedades por calor (Spanish) Heat Illness | E-Learning Course | Jul 5, 2024 | Jul 25, 2024 | 0.08 | 0.75 | Passed | 90 | - | Jul 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Equal Opportunity 101 (Corrections) | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.02 | 0.17 | Passed | 90 | - | Jun 23, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Fire Evacuation Training | E-Learning Course | Jun 26, 2024 | Jun 26, 2024 | 0.03 | 0.33 | Passed | 80 | - | Jun 26, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift Safety | E-Learning Course | Jun 26, 2024 | Jun 26, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 26, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift: Material Handling | E-Learning Course | Jun 26, 2024 | Jun 27, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 27, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | Feb 7, 2024 | Jun 24, 2024 | 0 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 1: Tools | E-Learning Course | Aug 10, 2024 | Aug 10, 2024 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 3: Algebraic Expressions and Equations | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 4: Introduction to Geometry | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 5: Coordinate Plane | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 5: Coordinate Plane | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 6: Polynomials | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 7: Rules of Exponents | E-Learning Course | Aug 6, 2024 | Aug 6, 2024 | 0 | 1.00 | Not Attempted | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 7: Rules of Exponents | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 9: Statistics and Probability | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Reasoning Through Language Arts - Unit 1: Strategies for Reading Comprehension | E-Learning Course | Aug 6, 2024 | Aug 17, 2024 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Reasoning Through Language Arts - Unit 6: The Writing Process | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Science - Unit 1: Science Practices | E-Learning Course | Aug 10, 2024 | Aug 13, 2024 | 0 | 1.00 | Passed | 100 | - | Aug 13, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Science - Unit 3: Physical Science | E-Learning Course | Aug 10, 2024 | Aug 17, 2024 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GED: Science - Unit 4: Earth and Space Science | E-Learning Course | Aug 16, 2024 | Aug 17, 2024 | 0.1 | 1.00 | Passed | 100 | - | Aug 17, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Science - Unit 5: Post-Test | E-Learning Course | Aug 11, 2024 | Aug 13, 2024 | 0 | 0.25 | Complete | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Social Studies - Unit 1: Civics and Government | E-Learning Course | Aug 8, 2024 | Aug 8, 2024 | 0 | 1.00 | Passed | 90 | - | Aug 8, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Social Studies - Unit 2: United States History | E-Learning Course | Aug 17, 2024 | Aug 17, 2024 | 0 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Social Studies - Unit 4: Geography and the World | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Social Studies - Unit 5: Post-Test | E-Learning Course | - | - | 0 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Grammar | E-Learning Course | Jun 30, 2024 | Jul 4, 2024 | 0.15 | 1.50 | Passed | 100 | - | Jul 4, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Hand and Power Tool Safety Awareness | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.03 | 0.34 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Incipient Stage Fire Extinguisher Education | E-Learning Course | Jun 26, 2024 | Jun 26, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 26, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | Jun 27, 2024 | Jun 27, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 27, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduccian y Conocimiento de OSHA (Spanish) Introduction and Understanding of OSHA | E-Learning Course | Jul 4, 2024 | Jul 4, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jul 4, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Ladder Safety | E-Learning Course | Jun 28, 2024 | Jun 29, 2024 | 0.08 | 0.75 | Passed | 80 | - | Jun 29, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 07 | E-Learning Course | Jul 5, 2024 | Jul 5, 2024 | 0 | 0.00 | Passed | 71 | 70 | Jul 5, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| NIEHS Driving Hazard Awareness | E-Learning Course | Jun 27, 2024 | Jun 27, 2024 | 0.02 | 0.17 | Passed | 86 | - | Jun 27, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Prison Rape Elimination Act (PREA) | E-Learning Course | Jul 4, 2024 | Jul 4, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jul 4, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Lifting Practices and Manual Material Handling (Corrections) | E-Learning Course | - | - | 0.08 | 0.75 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Lifting Practices and Manual Material Handling (Corrections) | E-Learning Course | Jun 27, 2024 | Jun 27, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 27, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Vehicle Operation | E-Learning Course | Jun 26, 2024 | Jun 26, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 26, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Sanitation and Hygiene | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| SARS: Protecting Workers | E-Learning Course | Jun 26, 2024 | Jun 26, 2024 | 0.02 | 0.17 | Passed | 100 | - | Jun 26, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M297744
ID/

BETSY BARROS, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2024-03190

DECISION & ORDER ON MOTION

The People, etc., respondent,
v Marco Perez, appellant.

(Index No. 70003/2016)

Motion by Marco Perez pursuant to CPL 460.30 for an extension of time to take an appeal from a judgment of the County Court, Nassau County, rendered October 27, 2023.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

ORDERED that the motion is granted and the moving papers are deemed to constitute a timely notice of appeal.

BARROS, J.P., GENOVESI, DOWLING and LOVE, JJ., concur.

ENTER:

*Darrell M. Joseph*
Darrell M. Joseph
Clerk of the Court

July 15, 2024

PEOPLE v PEREZ, MARCO